FILED
JAMES BONINI
CLERK

05 APR 11 PM 4:48

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Plaintiff(s)

NOBLE SHAHEED ALLAH-EL

Case No. 1:05MC014

WEBER, J.
J. BLACK

vs.

STATE OF OHIO

Defendants(s)

APPLICATION/ MOTION TO PROCEED
WITHOUT PREPAYMENT OF FEES
(INFORMA PAUPERIS)
AND AFFIDAVIT IN SUPPORT THEREOF

**Instructions: In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.**

I. Are you employed?   Yes____   No __✓__
   A. If you answered "Yes":
     (1) What is the name and address of your employer

     (2) How much do you earn per month?

   B. If you answered "No"
     (1) Have you ever been employed?   Yes __✓__   No____
     If yes, what was the last year and month you were employed? __August 13, 1992__
     How much did you earn a month? __$1300.00__

II. What is your marital status?
   Single __✓__   Married____   Widowed____   Divorced____
   A. If you answered "Married":
     (1) Is your spouse employed?  Yes____  No____
     If yes, how much does your spouse earn each month?
     $____

III. Do you have any dependents?   Yes __✓__   No____
   If you answered "Yes" list each dependent's name, age, and their relationship to you:

| Name | Age | Relationship |
|---|---|---|
| SHAMEDA ALLAH-EL | 4yrs | FATHER |

IV. Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?   Yes____   No __✓__
   A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

| Source | Amount | Source | Amount |
|---|---|---|---|
| V.A. PENSION | $ 510.00 | -0- | $ |
| S.S. DISABILITY | $ 518.00 | -0- | $ |
| -0- | $ | -0- | $ |

-2-

V. Do you have any cash on hand or money in a savings, checking, or other account?
   Yes_____   No ✓
   A. If you answered "Yes", state the combined total amount:
      $_____.

VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?
    Yes_____   No ✓
    A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|---|---|---|---|
|  | $ |  | $ |
|  | $ |  | $ |
|  | $ |  | $ |
|  | $ |  | $ |

VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:

| Creditor | Amount Owed | Creditor | Amount Owed |
|---|---|---|---|
| Rent | $750.00 |  | $ |
| Child support | $61.20 |  | $ |
|  | $ |  | $ |
| Food | $150.00 |  | $ |

VIII. State your address and telephone number where the Court can reach you.
640 S.W. 2nd Ave Ste 25
Miami, Florida 33130
(305) 840-1867

I declare under penalty of perjury that the above information is true and correct.

30 March, 2005        Shaheed Bluitt-El
   Date                Signature of Applicant

-3-

بِسْمِ اللهِ الرَّحْمٰنِ الرَّحِيْمِ

  

**THE GREAT SEAL MOORISH NATIONAL GOVERMENT**

**THE CONTINENTAL UNITED STATES**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

NOBLE SHAHEED ALLAH-EL
                    PETITIONER, PRO SE
        VS.
THE STATE OF OHIO
                    RESPONDENT

AFFIDAVIT OF IN FORMA PAUPERIS

I PETITIONER, PRO SE, NOBLE SHAHEED ALLAH-EL STAND AFFIRM AND SAY that I AM a MOORISH-AMERICAN Aboriginal and INDIGENOUS WASHITAW INDIAN DESCENT, A FREE SOVEREIGN NATIONAL OF THE CONTINENTAL UNITED STATES CITIZEN DIVINE being pursuant to Article I, section 2, paragraph 3 of the UNITED STATES Constitution and Articles II, III and IV of the FREE MOORISH-AMERICAN GREAT SEAL ZODIAC CONSTITUTION.

I PETITIONER, PRO SE NOBLE SHAHEED ALLAH-EL also stand affirm and say that I AM UNEMPLOYED I AM IN a State of IN FORMA PAUPERIS, AND I AM UNDER ECONOMIC DURESS. Pursuant to the PREAMBLE OF THE UNITED STATES Constitution, THE Constitution AND THE UNITED STATES DISTRICT COURT WERE ORDAINED AND ESTABLISHED by WE, THE PEOPLE TO "ESTABLISH JUSTICE, PROMOTE THE GENERAL WELFARE AND SECURE THE BLESSINGS OF LIBERTY TO OURSELVES AND OUR PROSPERITY."

بِسْمِ اللهِ الرَّحْمٰنِ الرَّحِيْمِ

  

## THE GREAT SEAL MOORISH NATIONAL GOVERMENT

Case 2:05-mc-00030-MRA   Document 1   Filed 04/11/2005   Page 5 of 5

## THE CONTINENTAL UNITED STATES

THErefore, it is the obligation of the united states District court to assure A Divine being, Free Sovereign National Continental United States citizen, Free access to this court and it's proceedings.

In the interest of (Justice) I request the clerk of the united states District court to file my petition, law suit without payment of fees, costs or security given therefor.

Dated: March 30, 2005

Affirmed By: SHAHEED ALLAH-EL
640 S.W. 2nd Ave. Ste 25
Miami, Florida 33130
Phone Number # (305) 240-1867



The Moorish American National Seal

Noble Shaheed Allah-El
Aboriginal Indigenous
Moorish National
Divine Being

*Shaheed Allah-El*