IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

05 MAY -9 AM 11: 17

NOBLE SHAHEED ALLAN-EL
(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER:    PRISONER # _____

C2 05 447

vs.

STATE OF OHIO
(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

JUDGE MARBLEY

MAGISTRATE JUDGE ABEL

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:

OHIO OSPC

**COMPLAINT**

I. PARTIES TO THE ACTION:

PLAINTIFF: PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE NUMBER IS REQUIRED.

NOBLE SHAHEED ALLAN-EL
NAME - FULL NAME PLEASE - PRINT

640 S.W. 2nd AVE, STE 25
ADDRESS: STREET, CITY, STATE AND ZIP CODE

MIAMI, FLORIDA 33130

(305) 240-1867
TELEPHONE NUMBER

RECEIVED
APR 11 2005
JAMES BONINI, Clerk
CINCINNATI, OHIO

IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES, ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE WITH THIS FORM.

PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED AT THE TIME OF FILING THIS COMPLAINT.

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

    A.    HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES ( ) NO ( )

    B.    IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

        1.    PARTIES TO THIS PREVIOUS LAWSUIT

            PLAINTIFFS:

            DEFENDANTS:

        2.    COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT, NAME THE COUNTY)

        3.    DOCKET NUMBER

        4.    NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED

        5.    DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)

        6.    APPROXIMATE DATE OF THE FILING OF THE LAWSUIT

        7.    APPROXIMATE DATE OF THE DISPOSITION

PLACE OF PRESENT CONFINEMENT

A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES ( ) NO ( )

B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE PRISONER GRIEVANCE PROCEDURE? YES ( ) NO ( )

C. IF YOUR ANSWER IS YES:

   1. WHAT STEPS DID YOU TAKE?

   2. WHAT WAS THE RESULT?

D. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

E. IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID YOU COMPLAIN TO PRISON AUTHORITIES? YES ( ) NO ( )

F. IF YOUR ANSWER IS YES:

   1. WHAT STEPS DID YOU TAKE?

   2. WHAT WAS THE RESULT?

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. _____
   NAMES - FULL NAME PLEASE

   _____
   ADDRESS - STREET, CITY, STATE AND ZIP CODE

2. _____

   _____

3. _____

   _____

4. _____

   _____

5. _____

   _____

6. _____

   _____

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

## STATEMENT OF CLAIM

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

SOME WHERE IN or around JANUARY 2005, A court order was issued by THE STATE OF OHIO and the collection agency OHIO C.S.P.C. to Garnish, I petitioner, pro se NOBLE SHAHEED ALLAH-EL wages. There was no trial no Bill of Exchange, no consideration by the state of Ohio, on February 8 2005, I petitioner, sent a Notice of Intent to sue, It went to the Ohio CSPC. They never respond.

(1) State of Ohio
The Ohio Judicial Center
65 South Front Street 4th Floor
Columbus, Ohio 43215

(2) Ohio CSPC
P.O. Box 182394
Columbus, Ohio 43218

-5-

**RELIEF**

IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

I would like the court to dismiss the claim made by the State of Ohio against me. Also I would like the court to order the persons (State of Ohio and Ohio CSPC, to discontinue there practices that brought about this suit. I' am also seeking all monies that were taken from me plus a 777,000 U.S. dollars in damages.

SIGNED THIS 30 DAY OF MARCH 20 05

_Hateed Bllah-El_
SIGNATURE OF PLAINTIFF

بِسْمِ اللهِ الرَّحْمٰنِ الرَّحِيْمِ

  

**THE GREAT SEAL MOORISH NATIONAL GOVERMENT**

**THE CONTINENTAL UNITED STATES**

United States District Court
Southern District of Ohio

Petition: Lawsuit for redress
of Grievance

Noble Shaheed Allah-El
              Petitioner, Pro Se
     vs
The State of Ohio
              Respondent

Cause of Lawsuit: Unconstitutional Garnishment of Wages, Denial of Equal protection, Due process, and privacy, Unconstitutional, taking of property, Invidious discrimination and the Denial of the pursuit of Happiness.

Statement of Claim: Somewhere in or around, January 2005, A court order was issued by the State of Ohio and the Collection agency, Ohio CSPC, to Garnish, petitioner

Pg 2
بِسْمِ اللهِ الرَّحْمٰنِ الرَّحِيْمِ

  

**THE GREAT SEAL MOORISH NATIONAL GOVERMENT**

## THE CONTINENTAL UNITED STATES

Grounds for Granting Relief of Redress of Grievances

By the Authority of the Great Seal Moorish National Government, and Divine Providence. I, NOBLE SHAHEED ALLAN-EL, assert my full sovereign power, as a Free Moor (Divine being) pursuant to wit. The Free Moorish Zodiac Constitution, the Great Seal, the 1836 Moroccan Treaty of Peace and Friendship, the 1790 Free Moor Act, the 1791 Organic United States Constitution, the United Nation's Universal Declaration of Human Rights (1948) United Nation Draft of Declaration on the Rights of Indigenous Peoples, the Foreign Sovereign Immunities Act 28 U.S.C. 1604. The Declaration of Independence (Action of 2nd Continental Congress, July 4, 1776

(I) The Organic 1791 United States Republic Constitution is the Supreme Law of the Land and all Treaties. (Article 6 Section 2) (U.S. Const.) states that; This Constitution and the laws of the United States which shall be made in pursuance

بِسْمِ اللهِ الرَّحْمٰنِ الرَّحِيْمِ

  

## THE GREAT SEAL MOORISH NATIONAL GOVERMENT

### THE CONTINENTAL UNITED STATES

United States Code Title 4 Chapter 1: and any law that is repugnant to the Constitution is null and void.

United States Supreme Court Case (Marbury v. Madison) 5 U.S. 137, 174, 176 (1803)

Chief Justice John Marshall declared that in any conflict between the Constitution and a law passed by Congress the Constitution must always take precedence.

Furthermore Article (3) Section (1) (U.S. Const.) states: "The Judicial power of the United States shall be vested in one Supreme Court, and in such inferior courts as the Congress may from time to time ordain and establish. The Judges both of the Supreme and Inferior Courts, shall hold their offices during good behaviour and shall at stated times, receive for their services, a compensation, which shall not be diminished during their continuance in office.

The State of Ohio Courts are de-facto courts operating against the U.S. Constitution and the will of the people.

PS 4

بِسْمِ اللهِ الرَّحْمٰنِ الرَّحِيْمِ

  

## THE GREAT SEAL MOORISH NATIONAL GOVERMENT

## THE CONTINENTAL UNITED STATES

Petitioner, pro se Noble Shaheed Allah-El is a free sovereign Moorish Indigenous freehold by inheritance, free man (not a freedman)(resident) or a (person) that can be name in Ohio Revised Codes. The Ohio court does not have jurisdiction over Noble Shaheed Allah-El, for the term person does not include the Sovereign.

Persons as defined in the Ohio Revised Code (person): means the state any political subdivison any other state or local body, the United States and any person as defined in section 1.59 of the Revised Code.

United States v. Cooper Corp 312 U.S. 600, 604 (1941) "The government admits that often the word "person" is used in such a sense as not to include the Sovereign".

Petitioner, pro se, Noble Shaheed Allah-El is not the person named in any of the Ohio Revised Codes, stated in the court order of

بِسْمِ اللهِ الرَّحْمٰنِ الرَّحِيْمِ

  

**THE GREAT SEAL MOORISH NATIONAL GOVERMENT**

**THE CONTINENTAL UNITED STATES**

Whom and for Whom all government exists and acts.

(THE Declaration of Independence)
Action of Second Continental Congress July 4, 1776

"WE hold these truths to be Self-evident that all men are created equal, that they are endowed by their Creator with certain unalienable rights, that among these are life liberty and the pursuit of happiness, that to secure these rights governments are instituted among men deriving their just powers from the consent of the governed"

according to the follow statement government must have the consent of the governed. to Issue a child support order, and a order of Garnishment of wages. THE STATE OF OHIO Never had a bill of Exchange, and there is No consideration, to the false contract, THERE is No Jurisdiction. By the State of Ohio Where a court is Without jurisdiction it's acts and proceedings are void this court shall take mandatory Judicial Notice. that

بِسْمِ اللهِ الرَّحْمٰنِ الرَّحِيْمِ



## THE GREAT SEAL MOORISH NATIONAL GOVERMENT

### THE CONTINENTAL UNITED STATES

(MAIN V. THibouTot) 100 Sct 2502 (1980)

THE LAW provides that ONCE state and Federal Jurisdiction has been challenged it MUST be proven.

and further this court shall take MANdatory Judicial Notice of the adjudged decision of these cases.

A U.S. district court in NEW york has held that the Child Support Recovery Act (CSRA) violates the 10th AMENDMENT because it Exceeds Congress's power to regulate interstate commerce the Statue imposes criminal sanctions on Non-custodial parents who have willfully failed to MAKE court ordered support payments for their children living in another state. (UNITED STATES V. KING No S100 Cr 653 (RWS) 2001 WL 111 278

Janaury 29, 2002 a TENNESSE court of appeals issued an opinion that TENNESSEE'S Child support guidelines Not having a presumptive formula for ensuing that all of an obligor's dependents received support on

بِسْمِ اللهِ الرَّحْمٰنِ الرَّحِيْمِ

  

**THE GREAT SEAL MOORISH NATIONAL GOVERMENT**

---

**THE CONTINENTAL UNITED STATES**

Child support is unconstitutional as it violates the guarantees of due process equal protection and privacy and as an unconstitutional taking of property.

(U.S. CONST.) AMENDMENT (4)
"The right of the people to be secure in their persons, houses, papers and effects, against unreasonable searches and seizures shall not be violated"

(U.S. CONST.) [AMENDMENT (5)]
No one should be "deprived of life, liberty or property without due process of law, nor shall private property be taken for public use without just compensation".

Officers of the court have no immunity from liability when violating a constitutional right and may be held personally liable for damages under 46 U.S.C.A. 1983 for they are deemed to know the law (OWENS V. INDEPENDENCE: 445 U.S. 621, 100

A8J

بِسْمِ اللهِ الرَّحْمٰنِ الرَّحِيْمِ



**THE GREAT SEAL MOORISH NATIONAL GOVERMENT**

**THE CONTINENTAL UNITED STATES**

In addition, every state and county officer have taken an oath to support protect, and defend the Constitution and Government of the United States

I Petitioner, pro se Noble Shaheed Allah-El demand that the State of Ohio prove on the record and provide hard evidence. a writ that a Aboriginal, Indigenous Moorish National, Divine being, free sovereign can be named in a code.

Therefore, I petitioner, pro se Noble Shaheed Allah-El charge the State of Ohio, Ohio CSPC, Including Hamilton County Juvenile court, with fraudulent, practices and hereby petition U.S. District Court to order the fraudulent claim, by the State of Ohio, against Noble Shaheed Allah-El, pursuant to United States Constitution dismissed.

(9)

  

## THE GREAT SEAL MOORISH NATIONAL GOVERMENT

### THE CONTINENTAL UNITED STATES

IN addition, I demand that the said person's discontinue, unconscionable, and unconstitutional, practices and support said constitution, which is the Supreme law of the land, I petitioner, pro se NOBLE SHAHEED ALLAN-EL, also seek a civil remedy in the United States District court. Against the state of Ohio. IN the Amount of 777,000 U.S. dollars in damages, plus all monies that have been taken from me.

DATED: MARCH 30, 2005
AFFIRMED BY: SHAHEED ALLAN-EL
640 S.W. 2nd AVE Ste 25
Miami, Florida 33130
PHONE # (305) 240-1867

NOBLE SHAHEED ALLAN-EL
Aboriginal Indigenous
Moorish National
Divine Being

