بِسْمِ اللهِ الرَّحْمٰنِ الرَّحِيْمِ

  

**THE GREAT SEAL MOORISH NATIONAL GOVERMENT**

**THE CONTINENTAL UNITED STATES**

Noble Shaheed Allah-El

v.

State of Ohio

Civil Action
2:05-CV-447
Judge Marbley
Magistrate Judge Abel

Objection to Recommend of Dismissal of Complaint.

(I) 11th Amendment to the Constitution of the United States. The State of Ohio and it's agencies are immune from suit.

I   The State of Ohio is a political sub-division, which in turn is a municipal corporation: a city, town, village, or similar political unit that operates under a charter. The State of Ohio arrives there authority from the Ohio Revised Codes, a commericalize law, in which to order a child support order. Therefore the State of Ohio is a corporation that is not immune to suit.

11th Amendment, to the Constitution of the United States.
And not of the Constitution of United States, means the State of Ohio. Are not Immune from suit. Because to: means indirect Not yet there. (Webster Dictionary 1913)

بِسْمِ اللهِ الرَّحْمٰنِ الرَّحِيْمِ

  

## THE GREAT SEAL MOORISH NATIONAL GOVERMENT

## THE CONTINENTAL UNITED STATES

of the Constitution. Means. Proceeding from belonging to, relating to, concerning, in a general sense, from, or out from. (Webster Dictionary) 1913.

According to the following statement the State of Ohio are Not seeking Immunity from the U.S. Constitution, but is attempting to arrive at the Constitution.

Amendment 11th of the U.S. Constitution "Judical Power of the United States shall Not be Construed to Extend to any Suit in Law or Equity Commenced or Prosecuted against one of the United States by Citizens of another State or by Citizens or Subjects of any Foreign State."

The State of Ohio is operating as a Corporation. Therefore they have no Immune to Suit.

A State Cannot foreclose the Exercise of Constitutional Rights by Mere Labels (Bigelow v. Virginia 95 S.Ct 2222 421 U.S 809) (1975)

(2) "Moreover, the Complaint fails to Explain Why the Court Order Plaintiff Challenges violations Federal Law."

بِسْمِ اللهِ الرَّحْمٰنِ الرَّحِيْمِ

  

**THE GREAT SEAL MOORISH NATIONAL GOVERMENT**

**THE CONTINENTAL UNITED STATES**

II. U.S.C. title 28 Sec 1331 Federal Question; amount in controversy costs, states the district courts shall have original jurisdiction of all civil actions arising under the constitution, laws, or treaties of the United States.

I. Plaintiff, NOBLE SHAHEED ALLAH-EL stand affirm and say that I am a Moorish-American. Aboriginal and Indigenous, Washitaw Indian descent. Protected by the Moroccan treaty of 1787. and the 1835 Camp Holmes treaty.

Article 3 Section 2. of U.S. Const.) THE Judicial power shall extend to all Cases, in Law and Equity arising under this Constitution, the laws of the United States, and treaties made or which shall be made under their Authority."

U.S.C. title 28 sec 1362 Indian tribes the district courts shall have original jurisdiction of all civil actions brought by any Indian tribe or band with a governing body duly recognized by the secretary of the interior, wherein the matter in controversy arises under the constitution laws, or treaties of the United States.

B 4
B4

بِسْمِ اللهِ الرَّحْمٰنِ الرَّحِيْمِ

  

**THE GREAT SEAL MOORISH NATIONAL GOVERMENT**

**THE CONTINENTAL UNITED STATES**

Article VI of the United States Constitution This constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme Law of the Land and the Judges in every State shall be bound thereby, any thing in the Constitution or laws of any state to the contrary Not withstanding.

The State of Ohio, and it's agenies are Not immune from suit because they are acting under color of law, as persons. A person within the meaning of the Ohio revised Code which is where they recieve their authority for a child support, order,

(1) Persons as defined in the Ohio revised code (person): Means the State any political subdivison any other state or local body, the United States and any person as defined in section 1:59 of the revised code. The State of Ohio is governed by the Ohio revised codes, and are acting under color of law. As stated in the Articles to the constition, the constition and treaties to the constition is Supreme law of the Land,

بِسْمِ اللهِ الرَّحْمٰنِ الرَّحِيْمِ



## THE GREAT SEAL MOORISH NATIONAL GOVERMENT

### THE CONTINENTAL UNITED STATES

Color of Law: The appearance or semblance, without the substance of legal right, misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with authority of state action taken under "color of state law" (Atkins v. Lanning D.C. Okl. 415 F.Supp 186, 188)

The Ohio revised code, only governs property not we the people.

The Ohio revised code, is colorable law. Colorable: that which is in appearance only not in reality what it purports to be hence counterfeit feigned having the appearance of truth (Blacks Law dictionary)

The State of Ohio Authority, is from a revised code to collect child support. Which is an extention of the uniform commercial code. The code governs sales and leasing bank deposits and collections, commercial paper and letters of credit bulk tranfers, and warehouse receipts investment securities and secured transactions and various other commercial transactions.

This court, the United States District court a Article III Established court, shall take Mandatory Judicial Notice of the adjudged decision of this case.

بِسْمِ اللهِ الرَّحْمٰنِ الرَّحِيْمِ

  

**THE GREAT SEAL MOORISH NATIONAL GOVERMENT**

---

## THE CONTINENTAL UNITED STATES

CHISHOLM V. Georgia a U.S (2 balw 419)(1793) This case had been brought under that part of the jurisdictional provision of Article III that authorized cognizance of controversies between a state and citizens of another state. The Judiciary act of 1789 without recorded controversy gave the supreme court original jurisdiction of suits between states and citizens of other states. Chisholm v. Georgia was brought under this jurisdictional provision to recover under a contract for supplies executed with the state during the revolution. 4 of 5 justices agreed that a state could be sued under this Article III jurisdictional provision and that under section 13 the supreme court properly had original jurisdiction.

The 11th Amendment proposed by Congress and ratified by the states was directed specifically toward overturning the result in Chisholm and preventing suits against states by citizens of other states or by citizens or subjects of foreign jurisdictions. It did not as other possible versions of the amendment would have done altogether bar suits against states in the federal courts.

بِسْمِ اللهِ الرَّحْمٰنِ الرَّحِيْمِ

  

**THE GREAT SEAL MOORISH NATIONAL GOVERMENT**

**THE CONTINENTAL UNITED STATES**

THEREFORE THE State of Ohio HAVE NO IMMUNITY by the 11th AMENDMENT to the CONSTITUTION of United States. Article III SUPERSEDES THE 11th AMENDMENT.

THE State of Ohio, and AGENCIES, with it revised Code is in violation of FEDERAL LAW, Article III and Article VI of the Constitution

I NOBLE SHAHEED ALLAH-EL States that I am of Moorish and Washitaw Indian descent, being aboriginal and Indigenous by birth and Inheritance, arriving my power and Authority from the Great God ALLAH and the 1787 Moroccan treaty of Peace and friendship. I AM UNDER THE protection of our treaty to the ENJOYMENT of all rights, privileges and Immunities guaranteed to it's citizens under the Law. as subjects of THE King of Morocco under Article 21 of the Morocco American Peace and Friendship treaty of 1787 and recognized as Subjects of Morocco again ratified 1987. (protecting the Moors) Not under the Negro Act of the United States, this treaty was in reference to the so-called Black Moors and not the Mulattos (TAWNY Moors).

Because according to the Act of 1543 of Spain No Mulattos were to be taken to AMERICA, refer "BLACK Africans and Native Americans" p. 66 authored by Jack D. Forbes. So the Moors under this treaty were not mixed, they were what are called Black Moors.

بِسْمِ اللهِ الرَّحْمٰنِ الرَّحِيْمِ



**THE GREAT SEAL MOORISH NATIONAL GOVERMENT**

**THE CONTINENTAL UNITED STATES**

WARE V. HULTON 3 U.S. 199 (1790) upheld the primacy of U.S. treaties over state statutes, It invalidated a Virginia law allowing Virginia residents revolutionary war debts to British creditors to be paid off in depreciated currency or confiscated property and affirmed the terms of the federally negotiated treaty of Paris (1783) the ruling thus established that federal treaties always take precedence over conflicting state laws.

THE OHIO revised code does not apply to ME. and it can't supersede a treaty and the U.S. Constitution.

THEREFORE I object to the RECOMMENDATION of a dismissal of this case and I DEMAND that the state of OHIO, and it's agencies disprove my complaint.

DATED: MAY 15, 2005
AFFIRMED by: NOBLE SHAHEED ALLAH-EL
640 S.W. 2nd AVE. STE 25
Miami, Florida 33130

NOBLE SHAHEED ALLAH-EL
Aboriginal / Indigenous
Moorish National
Divine Being

*Shaheed Allah-El*