**AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
## *SOUTHERN DISTRICT OF OHIO*

NOBLE SHAHEED ALLAH-EL,

        vs

STATE OF OHIO,

JUDGMENT IN A CIVIL CASE

Case Number C-2-05-447

**Judge Algenon L. Marbley**

Magistrate Judge Abel

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the June 15, 2005 Order, this action is hereby DISMISSED on initial screening for failure to state a claim against the sole defendant.

Date: **June 15, 2005**                      **James Bonini, Clerk**

                                         s/Betty L. Clark
                                       Betty L. Clark/Deputy Clerk