**FILED**
TIME:
AUG 1 0 2005
JAMES BONINI, Clerk
COLUMBUS, OHIO

Form 6

FORM 6. Motion and Declaration for Leave to Proceed in Forma Pauperis

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

NOBLE SHAHEED ALLAH-EL v. State of Ohio

No. _____

## Motion and Declaration for Leave to Proceed in Forma Pauperis

INSTRUCTIONS: If you do not pay the fee, file this completed form with your petition for review or notice of appeal within 14 days of the date of docketing. Complete all questions in this application and then sign it. Do not leave any blanks; if the answer to a question is "0", "none", or "not applicable"(N/A), write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case docket number, and the question number. Failure to fully answer the questions may result in a denial of the motion.

Petitioner/Appellant hereby moves for leave to proceed in forma pauperis, pursuant to 28 U.S.C. § 1915, in this case and submits the following declaration in support thereof:

I, NOBLE SHAHEED ALLAH-EL, am the Petitioner/Appellant in the above-entitled case. In support of my motion to proceed on appeal without being required to pay the docketing fee, I state that I am unable to pay the fee because of my poverty; that I believe that I am entitled to redress; and that the issues which I desire to present on appeal are the following:

Denial of Equal protection, Due process and privacy, unconstitutional taking of property, Invidious Discrimination

I further declare that the responses which I have made to the questions and instructions below relating to my ability to pay the docketing fee are true.

1. For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ -0- | $ ___ | $ -0- | $ ___ |
| Self-employment | $ -0- | $ ___ | $ -0- | $ ___ |
| Income from real property (such as rental income) | $ -0- | $ ___ | $ -0- | $ ___ |

102

FORM 6. Motion and Declaration for Leave to Proceed in Forma Pauperis (continued)

|  | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
|  | You | Spouse | You | Spouse |
| Interest and dividends | $ 0 | $ | $ 0 | $ |
| Gifts | $ 0 | $ | $ 0 | $ |
| Alimony | $ 0 | $ | $ 0 | $ |
| Child support | $ 0 | $ | $ 0 | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 512.00 | $ | $ 512.00 | $ |
| Disability (such as social security, insurance payments) | $ 457.00 | $ | $ 457.00 | $ |
| Unemployment payments | $ 0 | $ | $ 0 | $ |
| Public assistance (such as welfare) | $ 0 | $ | $ 0 | $ |
| Other (specify) _____ | $ | $ | $ | $ |
| **Total monthly income:** | $ 969.00 | $ | $ 969.00 | $ |

2.  List your employment history for the past two years, most recent employer first. (Gross monthly pay is pay before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | N/A | | |
| | | | |
| | | | |

3.  List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is pay before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | N/A | | |
| | | | |

4.  Are you presently incarcerated? ____Yes __X__ No  If so, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

103

Form 6

FORM 6. Motion and Declaration for Leave to Proceed in Forma Pauperis (continued)

5. How much cash do you and your spouse have? $ -0-

Below, state any money you or your spouse have in bank accounts or in any other financial institution. State the average monthly balance.

| **Financial institution** | **Type of account** | **Amount you have** | **Amount your spouse has** |
|---|---|---|---|
| | | $ -0- | $ |
| | | $ -0- | $ |

6. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| **Home** | (Value) | **Other real estate** | (Value) | **Other assets** | (Value) |
|---|---|---|---|---|---|
| | | N/A | | | |

| **Other assets** | (Value) | **Motor vehicle #1** Make, model & year: | **Motor vehicle #2** Make, model & year: |
|---|---|---|---|
| | | Value: | Value: |
| | | Registration #: | Registration #: |

7. State every person, business, or organization owing you or your spouse money, and the amount owed:

| **Person, business or organization owing you or your spouse money** | **Amount owed to you** | **Amount owed to your spouse** |
|---|---|---|
| | | |
| | | |

104

**FORM 6.** Motion and Declaration for Leave to Proceed in Forma Pauperis (continued)

8. State the persons who rely on you or your spouse for support:

| Name | Relationship | Age |
|---|---|---|
| SHAHELA ALLAHEL | DAUGHTER | 4 yrs |

9. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $550.00 | $ |
| Are real estate taxes included? ___Yes X No |  |  |
| Is property insurance included? ___Yes X No |  |  |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ -0- | $ |
| Home maintenance (repairs and upkeep) | $ -0- | $ |
| Food | $150.00 | $ |
| Clothing | $30.00 | $ |
| Laundry and dry cleaning | $50.00 | $ |
| Medical and dental expenses | $ -0- | $ |
| Transportation (not including motor vehicle payments) | $ -0- | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $75.00 | $ |
| Insurance (not deducted from wages or included in mortgage payments) |  |  |
| Homeowner's or renter's | $ | $ |
| Life | $ | $ |
| Health | $ | $ |
| Motor vehicle | $ | $ |
| Other: _____ | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $ | $ |

Form 6

FORM 6. Motion and Declaration for Leave to Proceed in Forma Pauperis (continued)

|  | You | Your spouse |
|---|---|---|
| Installment payments | | |
|     Motor vehicle | $ 0 | $ |
|     Credit card (name): _____ | $ 0 | $ |
|     Department store (name): _____ | $ 0 | $ |
|     Other: _____ | $ 0 | $ |
| Alimony, maintenance, and support paid to others | $ 61.20 | $ |
| Regular expenses for operation of business, profession or farm (attach detailed statement) | $ | $ |
| Other (specify): _____ | $ | $ |
| **Total monthly expenses:** | $ | $ |

   10.  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    ___Yes  ✗No    If yes, describe on an attached sheet.

   11.  Have you paid, or will you be paying, an attorney any money for services in connection with this case, including the completion of this form?

    ___Yes  ✗No    If yes, how much? $_____

    If yes, state the attorney's name, address, and telephone number:

_____

_____

   12.  Have you paid, or will you be paying, anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

    ___Yes  ✗No    If yes, how much? $_____

    If yes, state the person's name, address, and telephone number:

_____

_____

   13.  Provide any other information that will help explain why you cannot pay the docketing fees for your appeal or petition for review.

_____

_____

**FORM 6. Motion and Declaration for Leave to Proceed in Forma Pauperis (continued)**

14. Have you ever filed a motion for leave to proceed in forma pauperis in any other case in this court? ___Yes ☒No   If yes, state the name and docket number of that case.

_____

15. State the address of your legal residence:
640. S.W 2Nd AVE. STE 25
MIAMI, Florida 33130
Your daytime phone number: (305) 240-1867
Your social security number: 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
Your age: 33   Your years of schooling: H.S. Grad

You must sign and date the declaration under penalty of perjury.

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury, under the laws of the United States, that my answer on this form are true and correct.

1 AUG. 2005
Date

Ahdeed Allah-El
Petitioner's/Appellant's signature

cc:

### ORDER OF THE COURT

The motion to proceed in forma pauperis is DENIED. The docketing fee must be paid within 14 days.

The motion to proceed in forma pauperis is GRANTED. Let the applicant proceed without prepayment of the docketing fee.

_____   _____
Circuit Judge    Date

_____   _____
Circuit Judge or Clerk   Date