Form 1

**FORM 1. Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a United States District Court**

FILED
JA... BONINI
CLERK

05 AUG 10 AM 11:24
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

RECEIVED
AUG - 8 2005
United States Court of Appeals
For The Federal Circuit

Name of United States District Court for the **Southern District of Ohio**

Case Number **2:05-CV-447**

**Noble Shaheed Auah-El**, Plaintiff,

v.  **NOTICE OF APPEAL**

**State of Ohio**, Defendant.

Notice is hereby given that **Noble Shaheed Auah-El** (name all parties* taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the _____ (from the final judgment) ((from an order) (describe the order)) entered in this action on **1 Aug. 2005** date).

_Shaheed Auah-El_
(Signature of appellant or attorney)

640 S.W. 2nd Ave, Ste. 25,
Miami, Florida 33130
(Address of appellant or attorney)

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.

**FORM 12. Informal Brief (District Court, Court of International Trade, and Court of Federal Claims Cases)**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Noble Shaheed Allah-EC v. State of Ohio

No. _____

## INFORMAL BRIEF OF APPELLANT

Read the Guide for Pro Se Petitioners and Appellants before completing this form. Attach a copy of the final decision or order of the trial court. Answer the following questions as best you can. Your answers should refer to the decision or order you are appealing where possible. Use extra sheets if needed.

1. Have you ever had another case in this court? ____ Yes __X__ No  If so, state the name and number of each case.

   kijhlkj

2. Did the trial court incorrectly decide or fail to take into account any facts? __X__ Yes ____ No  If so, what facts? (Refer to paragraph 7 of the Guide.)

   I Noble Shaheed Allah-EC, am a Moorish-American, Aboriginal and Indigenous Washitaw Indian, and that according to law state codes does not apply to me.

3. Did the trial court apply the wrong law? __X__ Yes ____ No  If so, what law should be applied?

   Constitutional law

4. Did the trial court fail to consider important grounds for relief? __X__ Yes ____ No  If so, what grounds?

   The Ohio Revised Codes does not apply to me. Because I can not be named in a code treaties supersede a code the State of Ohio had no jurisdiction.

Form 12

**FORM 12. Informal Brief (District Court, Court of International Trade, and Court of Federal Claims Cases) (contin-**

5. Are there other reasons why the trial court's decision was wrong? ✓ Yes ___ No If so, what reasons?

THE State of Ohio is in violation of the 10th Amendment, 4th Amendment, 5th Amendment. THE Constitution and treaties are the supreme law of the land. Not the Ohio revised code.

6. What action do you want the court to take in this case?

I would like the court to order the claim against me dismissed and I seek remedy of all monies, that have been taken plus 777,000 in U.S. dollars.

7. Do you want to argue before the court in person? ✓ Yes ___ No If yes, what are the reasons why argument will aid the court? (Refer to paragraph 15 of the Guide.)

I feel that I can explain the case better in its content.

8. Do you intend to represent yourself? ✗ Yes ___ No If you have not filed an Entry of Appearance, indicate your full name, address, and telephone number.

Noble Shaheed Allah-El
840 S.W. 2nd Ave. Ste 25
Miami, Florida 33130

9. I certify that a copy of this brief and any attachments was sent to: THE Ohio Judicial Center, the attorney for appellee, at the following address: 65 South Front St. 4th Fl. (Address is found on the Entry of Appearance served on you by the attorney for the appellee. If you do not send a copy of this brief to the appellee, the court will not file the brief.)
Columbus, Ohio 43215

Aug. 1, 2005
Date

Noble Shaheed Allah-El
Appellant's signature

In addition to mailing a copy to the attorney for the appellee, mail an original and three copies of this informal brief and attachments to:

Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

116