Form 7

**FORM 7. Appeal Information Sheet**

# FEDERAL CIRCUIT APPEAL INFORMATION SHEET

X    United States District Court for the __SOUTHERN OHIO__

___    United States Court of International Trade

___    United States Court of Federal Claims

___    United States Court of Appeals for Veterans Claims

Type of case: __CONStitutional rights__

__NobLE SHAHEEd ALLAH-EL v. STATE OF OHIO__

(List all parties. Use an asterisk to indicate dismissed or withdrawn parties. Use a separate sheet if needed. Explain any discrepancy with the caption used on the judgment, order, or opinion.)

Docket No. __2:05-CV-447__    Date of Judgment or Order __06-15-2005__

Cross or related appeal? _____    Date of Notice of Appeal __08-01-2005__

Appellant is: __X__ Plaintiff ___ Defendant ___ Other (explain)_____

FEES: Court of Appeals docket fee paid? ___ Yes __X__ No

       U.S. Appeal? ___ Yes __X__ No

       In forma pauperis? __X__ Yes ___ No

Is this matter under seal? ___ Yes __X__ No

COUNSEL: (List name, firm, address, and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if needed.)

(1) __NobLE SHAHEEd ALLAH-EL 640 S.W. 2nd AVE. #820 MIAMI, FLORIDA 33130__

(2) __THE OHIO JUDICIAL CENTER 65 SOUTH FRONT ST. 4TH FLOOR COLUMBUS, OHIO 43215__

COURT REPORTER: (Name and telephone): _____

IMPORTANT: Attach a copy of the judgment or order appealed from and any supporting opinion or memorandum. Forward together with a copy of the notice of appeal and certified docket entries.

Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

109

Form 8
FORM 8. Entry of Appearance

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Noble Shaheed Allah-El v. State of Ohio

No. _____

### ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Fed. Cir. R. 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

　　X Pro Se 　　___ As counsel for: _____
　　　　　　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):

　　___Petitioner 　___Respondent 　___Amicus curiae 　___Cross Appellant
　　X Appellant 　___Appellee 　___Intervenor

As amicus curiae or intervenor, this party supports (select one):

　　___Petitioner or appellant 　___Respondent or appellee

My address and telephone are:
　Name: Noble Shaheed Allah-El
　Law firm: _____
　Address: 640 S.W. 2nd Ave Ste. 25
　City, State and ZIP: Miami, Florida 33130
　Telephone: (305) 240-1867
　Fax #: _____
　E-mail address: _____

Statement to be completed by counsel only (select one):

　　X I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

　　___ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

　　___ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
　　　　X Yes 　___No

___ A courtroom accessible to the handicapped is required if oral argument is scheduled.

1 Aug 2005　　　　　　　　　Shaheed Allah-El
　　Date　　　　　　　　　　Signature of pro se or counsel

cc:

110

Form 10

FORM 10. Statement Concerning Discrimination

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Noble Shaheed Awareh v. State of Ohio

No. _____

## PETITIONER'S FED. CIR. R. 15(c) STATEMENT CONCERNING DISCRIMINATION

INSTRUCTIONS: Select only one of the following statements. Do not alter or add to any of the statements.

_____ (1) No claim of discrimination by reason of race, sex, age, national origin, or handicapped condition has been or will be made in this case.

_____ (2) Any claim of discrimination by reason of race, sex, age, national origin, or handicapped condition raised before the employing agency or the Merit Systems Protection Board or arbitrator has been abandoned or will not be raised or continued in this or any other court.

__√__ (3) The petition seeks review only of the Merit Systems Protection Board's or arbitrator's dismissal of the case for lack of jurisdiction or for untimeliness.

_____ (4) The case involves an application to the Office of Personnel Management for benefits.

_____ (5) The case was transferred to this court from a district court and I continue to contest the transfer.

Also, answer the following: Have you filed a discrimination case in a United States district court concerning the same matter? __X__ Yes _____ No  In the Equal Employment Opportunity Commission? _____ Yes __X__ No  If so, identify each case. Use extra sheets if needed.

1 Aug. 2005                        Noble Shaheed Allah-el
Date                                    Petitioner's signature

Mail this form with the petition for review or within 14 days of the date of docketing of the petition for review to:

Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

cc:

112