بِسْمِ اللهِ الرَّحْمٰنِ الرَّحِيْمِ



**THE GREAT SEAL MOORISH NATIONAL GOVERMENT**

---

**THE CONTINENTAL UNITED STATES**

United States District Court
Southern District of Ohio

Petition: Lawsuit for redress
of Grievance

NOBLE SHAHEED ALLAH-EL
             Petitioner, Pro Se
    vs
THE STATE of OHIO
             Respondent

Cause of Lawsuit: Unconstitutional Garnishment of wages, Denial of Equal protection, due process, and privacy, unconstitutional, taking of property, Invidious discrimination and the Denial of the pursuit of Happiness.

Statement of claim: Somewhere in or around, January 2005. A court order was issued by the state of Ohio and the collection agency. Ohio CSPC. to garnish, petitioner Pro Se Noble Shaheed Allah-El wages. There was no trial, no Bill of Exchange, no consideration. By the state of Ohio, on February 8, 2005. I petitioner, Pro Se, sent a Notice of Intent. to Sue, it went to the Ohio CSPC they never respond.

بِسْمِ اللهِ الرَّحْمَنِ الرَّحِيمِ

  

**THE GREAT SEAL MOORISH NATIONAL GOVERMENT**

**THE CONTINENTAL UNITED STATES**

Grounds for Granting relief of redress of Grievances

By the Authority of the Great Seal Moorish National Government, and Divine Providence. I NOBLE SHAHEED ALLAH-EL, assert my full Sovereign Power, as a free Moor (Divine being) pursuant to wit. THE Free Moorish zodiac Constitution, THE Great Seal, THE 1836 Moroccan treaty of Peace and friendship, THE 1790 Free Moor Act, THE 1791 Organic united states Constitution, THE united nation's universal Declaration of Human rights (1948) united nation Draft of Declaration on the rights of Indigenous Peoples, THE foreign sovereign Immunities Act 28 U.S.C. 1604. THE Declaration of Independence (action of 2nd Continental Congress, July 4, 1776

(I) THE Organic 1791 united states Republic Constitution is the supreme law of the land and all treaties. (Article 6 Section 2)(U.S. Const.) states that: THIS Constitution and the laws of the united states which shall be made in pursuance thereof, and all treaties made, or which shall be made under the Authority of the united states shall be the supreme law of the land; and the Judges in every state shall be bound thereby Anything in the Constitution or laws of any state to contrary not with standing.

بِسْمِ اللهِ الرَّحْمٰنِ الرَّحِيْمِ

  

**THE GREAT SEAL MOORISH NATIONAL GOVERMENT**

## THE CONTINENTAL UNITED STATES

United States Code title 4 chapter 1: and any law that is repugnant to the Constitution is null and void.

United States Supreme Court Case (Marbury v. Madison) 5 U.S. 137, 174, 176 (1803) Cheif Justice John Marshall declared that in any conflict between the Constitution and a law passed by Congress the Constitution must always take precedence.

Further more Article (3) Section (1) (U.S. Const.) states: "The Judicial power of the United States shall be vested in one Supreme Court, and in such Inferior Courts as the Congress may from time to time ordain and establish. The Judges both of the Supreme and Inferior Courts, shall hold their offices during good behaviour and shall at stated times, receive for their services, a compensation, which shall not be diminished during their continuance in office.

The State of Ohio courts are De-Facto courts operating against the U.S. Constitution and the will of the people.

Petitioner, Pro Se Noble Shahbed Allah-El in his De Jure capacity hereby make this Special appearance, Not General appearance to challenge jurisdiction, establish, justice, invoke and enforce constitutional law for the relief of injuries.

بِسْمِ اللهِ الرَّحْمٰنِ الرَّحِيْمِ

  

**THE GREAT SEAL MOORISH NATIONAL GOVERMENT**

**THE CONTINENTAL UNITED STATES**

Petitioner, Pro se Noble Shaheed Allah-El is a free Sovereign Moorish Indigenous freehold by Inheritance, free man (Not a freedman)(resident) or a (person) that can be name in Ohio Revised Codes. The Ohio court does not have jurisdiction over Noble Shaheed Allah-El, for the term person does not include the Sovereign.

Persons as defined in the Ohio Revised Code (person): means the State any political subdivision any other state or local body, the United States and any person as defined in Section 1.59 of the Revised Code.

United States v. Cooper Corp 312 U.S. 600, 604 (1941) "The Government admits that often the word "person" is used in such a sense as not to include the Sovereign".

Petitioner, Pro se, Noble Shaheed Allah-El is not the Person named in any of the Ohio Revised Codes, stated in the court order of child support and wage garnishment.

(Yick Wo and Woo Loo v. Hopkins) 118 US 356 (1886) Sovereignty itself is of course not subject to Law, for it is the author and source of Law but in our system, while Sovereign powers are delegated to the agencies of government Sovereignty itself remains with the people by

بِسْمِ اللهِ الرَّحْمٰنِ الرَّحِيْمِ

  

**THE GREAT SEAL MOORISH NATIONAL GOVERMENT**

---

**THE CONTINENTAL UNITED STATES**

Whom and for whom all government exists and acts.

(THE DECLARATION OF INDEPENDENCE)
Action of Second Continental Congress
July 4, 1776

"WE hold these truths to be self-evident that all men are created equal, that they are endowed by their creator with certain unalienable rights, that among these are life liberty and the pursuit of happiness, that to secure these rights governments are instituted among men deriving their just powers from the consent of the governed"

According to the follow statement government must have the consent of the governed to issue a child support order, and a order of garnishment of wages. The State of Ohio never had a bill of exchange, and there is no consideration, to the false contract. There is no jurisdiction, by the State of Ohio.

Where a court is without jurisdiction it's acts and proceedings are void this court shall take mandatory judicial notice, that were a court is without jurisdiction in the particular case it's acts and proceedings can be of no force or validity and are a mere nullity and void, not voidable, even prior to reversal, wheither, the lack of jurisdiction appears on the face of the record or by proof outside of it were by rendering any court order issued null and void.

بسم الله الرحمن الرحيم

  

**THE GREAT SEAL MOORISH NATIONAL GOVERMENT**

**THE CONTINENTAL UNITED STATES**

(MAIN V. THibouTot) 100 Sct 2502 (1980)
THE LAW provides that once state and Federal Jurisdiction has been challenged it must be proven.

and further this court shall take mandatory judicial notice of the adjudged decision of these cases.

A U.S. district court in New York has held that the Child Support Recovery Act (CSRA) violates the 10th Amendment because it exceeds Congress's power to regulate Interstate commerce the statue imposes criminal sanctions on non-custodial parents who have willfully failed to make court ordered support payments for their children living in another state.. (UNITED STATES V. KING No 5100 Cr 653 (RWS) 2001 WL 111 278

January 29, 2002 a Tennesse court of appeals. issued an opinion that Tennessee's child support guidelines not having a presumptive formula for ensuring that all of an obligor's dependents received support on an equal basis violated equal protection rights and is unconstitutional.
(see Ann curtis Gallaher V. curtis K2002)

بِسْمِ اللهِ الرَّحْمٰنِ الرَّحِيْمِ

  

**THE GREAT SEAL MOORISH NATIONAL GOVERMENT**

**THE CONTINENTAL UNITED STATES**

Child support is unconstitutional as it violates the guarantees of due process equal protection and privacy and as an unconstitutional taking of property.

(U.S. Const.) Amendment (4)
"The right of the people to be secure in their persons, houses, papers and effects, against unreasonable searches and seizures shall not be violated."

(U.S. Const.) (Amendment (5)
No one should be "deprived of life, liberty or property without due process of law, nor shall private property be taken for public use without just compensation."

Officers of the court have no immunity from liability when violating a constitutional right. And may be held personally liable for damages under 42 U.S.C.A. 1983 for they are deemed to know the law (Owens v. Independence; 445 U.S. 621, 100 Sct (1938)

بسم الله الرحمن الرحيم

  

**THE GREAT SEAL MOORISH NATIONAL GOVERMENT**

---

**THE CONTINENTAL UNITED STATES**

IN addition, Every state and county officer have taken an oath to support protect, and defend the Constitution and Government of the United States

I petitioner, pro se NOBLE SHAHEED ALLAH-EL Demand that the state of Ohio prove on the record and provide hard evidence, a writ that a Aboriginal, Indigenous Moorish National, Divine being, Free sovereign can be named in a code.

Therefore, I petitioner, pro se NOBLE SHAHEED ALLAH-EL charge the state of Ohio, Ohio CSPC, Including Hamilton County Juvenile court, With Fraudulent practices and Hereby petition U.S. District court to order the fraudulent claim, by the state of Ohio, Against NOBLE SHAHEED ALLAH-EL, pursuant to United States Constitution dismissed.

9)

بِسْمِ اللهِ الرَّحْمٰنِ الرَّحِيْمِ

  

**THE GREAT SEAL MOORISH NATIONAL GOVERMENT**

**THE CONTINENTAL UNITED STATES**

IN addition, I demand that the said person's discontinue, unconscionable, and unconstitutional, practices and support said constitutions. Which is the supreme law of the land. I petitioner, pro se Noble Shaheed Allah-El, also seek a civil remedy in the United States District Court. Against the state of Ohio. In the amount of 777,000 U.S. dollars in damages, plus all monies that have been taken from me.

Dated: March 30, 2005
Affirmed By: Shaheed Allah-El
640 S.W. 2nd Ave Ste 25
Miami, Florida 33130
Phone # (305) 240-1867



The Moorish American National Seal

Noble Shaheed Allah-El
Aboriginal Indigenous Moorish National Divine Being

Shaheed Allah-El

بِسْمِ اللهِ الرَّحْمٰنِ الرَّحِيْمِ

  

**THE GREAT SEAL MOORISH NATIONAL GOVERMENT**

**THE CONTINENTAL UNITED STATES**

IN THE UNITED STATES District Court
Southern District of Ohio

NOBLE SHAHEED ALLAH-EL
                            PETITIONER, Pro SE
    VS.

THE STATE OF OHIO
                        RESPONDENT

AFFIDAVIT of IN FORMA PAUPERIS

I PETITIONER, Pro SE, NOBLE SHAHEED ALLAH-EL STAND AFFIRM and SAY that I AM a MOORISH-AMERICAN Aboriginal and INdigENOUS WASHITAW INDIAN DESCENT, A FREE SOVEREIGN NATIONAL OF THE CONTINENTAL UNITED STATES CITIZEN DIVINE BEING pursuant to Article I, SECTION 2, Paragraph 3 of THE UNITED STATES CONSTITUTION AND Articles II, III and IV of THE FREE MOORISH-AMERICAN GREAT SEAL Zodiac CONSTITUTION.

I PETITIONER, Pro SE NOBLE SHAHEED ALLAM-EL also Stand affirm and SAY that I AM UNEMPLOYED I AM IN a State of IN forma pauperis, and I AM UNDER ECONOMIC DURESS. Pursuant to the PREAMBLE Of THE UNITED STATES CONSTITUTION, THE CONSTITUTION AND THE UNITED STATES DISTRICT COURT WERE ORDAINED and ESTABLISHED by WE, THE PEOPLE to "Establish JUSTICE, Promote THE GENERAL WELFARE and SECURE THE BLESSINGS of Liberty to OURSELVES AND our prosperity."

بِسْمِ اللهِ الرَّحْمٰنِ الرَّحِيْمِ

  

## THE GREAT SEAL MOORISH NATIONAL GOVERMENT

### THE CONTINENTAL UNITED STATES

THEREFORE, it is the obligation of the United States District Court to assure a Divine Being, Free Sovereign National Continental United States citizen, free access to this Court and it's proceedings.

IN the interest of (JUSTICE) I request the Clerk of the United States District Court to file my petition, law suit without payment of fees, costs or security given therefor.

Dated: March 30, 2005

Affirmed By: SHAHEED ALLAH-EL
640 S.W. 2nd Ave. Ste 25
Miami, Florida 33130
Phone Number # (305) 240-1867



The Moorish American National Seal

Noble Shaheed Allah-El
Aboriginal Indigenous
Moorish National
Divine Being

*Shaheed Allah-El*