## Other Orders/Judgments
2:05-cv-00447-ALM-MRA Allah-El v. The Ohio Judicial Center

### U.S. District Court

### Southern District of Ohio

Notice of Electronic Filing

The following transaction was received from cw, entered on 6/15/2005 at 3:48 PM EDT and filed on 6/15/2005
**Case Name:**        Allah-El v. The Ohio Judicial Center
**Case Number:**      2:05-cv-447
**Filer:**
**WARNING: CASE CLOSED on 06/15/2005**
**Document Number:** 7

**Docket Text:**
ORDER DISMISSING CASE. Dismissing case on initial screening for failure to state a claim against the sole defendant. Signed by Judge Algenon L. Marbley on 6/15/2005. (cw, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=6/15/2005] [FileNumber=656978-0]
[19cdccd016e5aca31b4f4504f6bdc39d77284f3c512fa0b4c08810ff3842ea672360
d215aed8263f0f9226e40fd906249a77871c94989d1ee561cbfaf7d6dd39]]

**2:05-cv-447 Notice will be electronically mailed to:**

**2:05-cv-447 Notice will be delivered by other means to:**

Noble Shaheed Allah-El
640 SW 2nd Ave, Ste 25
Miami, FL 33130

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Noble Shaheed Allah-El, | : | |
| Plaintiff | : | Civil Action 2:05-cv-447 |
| v. | : | Judge Marbley |
| State of Ohio, | : | Magistrate Judge Abel |
| Defendant | : | |

## Order

Plaintiff Noble Shaheed Allah-El brings this civil rights action under 42 U.S.C. §1983. This matter is before the Court on plaintiff's objections to the Magistrate Judge's May 9, 2005 Report and Recommendation that the complaint be dismissed on initial screening under 28 U.S.C. §1915(e)(2). *See, McGore v. Wrigglesworth,* 114 F.3d 601, 608 (6th Cir. 1997).

The Magistrate Judge found that the complaint failed to state a claim against the State of Ohio and, therefore, recommend that it be dismissed. The complaint alleges that a court order was issued by the State of Ohio and its collection agency Ohio S.S.P.C. to garnish plaintiff's wages. Plaintiff seeks an order from this court countermanding the garnishment order.

Upon *de novo* review as required by 28 U.S.C. § 636(b)(1)(B), the Court OVERRULES plaintiff's objections and ADOPTS the Report and Recommendation. As the Magistrate Judge found the Eleventh Amendment to the Constitution of the United States immunizes the State of Ohio and its agencies from suit under 42 U.S.C. § 1983. *Foulks v. Ohio Depart-ment of Rehabilitation and Correction,* 713 F.2d 1229, 1232-33 (6th Cir. 1983). Further, the State of Ohio cannot be sued under the Civil Rights Act because it is not a "person" within the meaning

of § 1983. *Mumford v. Zieba,* 4 F.3d 429, 435 (6th Cir. 1993).

Moreover, the complaint fails to explain why the court order plaintiff challenges violations federal law. Apparently, a court of competent jurisdiction issues a child support order. That order became the basis for a child support action in Florida garnisheeing plaintiff's wages or other income. If plaintiff believes that the court child support order should be set aside, then his remedy is to move in the appropriate Ohio court to set it aside. If he believes that there is some deficiency in the garnishment, he should attack the garnishment in the appropriate Florida court having jurisdiction over it.

Accordingly, the Court DIRECTS the Clerk of Court to enter JUDGMENT dismissing this case on initial screening for failure to state a claim against the sole defendant, the State of Ohio. this action is hereby DISMISSED.

                                                 s/Algenon L. Marbley
                                                 Algenon L. Marbley, Judge
                                                 United States District Court

## Other Orders/Judgments

<u>2:05-cv-00447-ALM-MRA Allah-El v. The Ohio Judicial Center</u> **CASE CLOSED on 06/15/2005**

### U.S. District Court

### Southern District of Ohio

Notice of Electronic Filing

The following transaction was received from cw, entered on 6/15/2005 at 3:53 PM EDT and filed on 6/15/2005
**Case Name:**      Allah-El v. The Ohio Judicial Center
**Case Number:**   <u>2:05-cv-447</u>
**Filer:**
**WARNING: CASE CLOSED on 06/15/2005**
**Document Number:** <u>8</u>

**Docket Text:**
CLERK'S JUDGMENT entered pursuant to Order signed by Judge Algenon L. Marbley on 6/15/2005. (cw, )

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=6/15/2005] [FileNumber=656987-0]
[4c3e2bd195b7c31f09d5bdc2b84f252a7198eebc8543e76f72c6569baab6fb54231c
2a081c25d60934f76748baac1bd88a959774c4c99ef9d7b6a579a895c3d1]]

**2:05-cv-447 Notice will be electronically mailed to:**

**2:05-cv-447 Notice will be delivered by other means to:**

Noble Shaheed Allah-El
640 SW 2nd Ave, Ste 25

Case 2:05-cv-00447-ALM-MRA    Document 8-1    Filed 06/15/2005    Page 1 of 1

**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

NOBLE SHAHEED ALLAH-EL,

vs

STATE OF OHIO,

JUDGMENT IN A CIVIL CASE

Case Number C-2-05-447

**Judge Algenon L. Marbley**

Magistrate Judge Abel

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the June 15, 2005 Order, this action is hereby DISMISSED on initial screening for failure to state a claim against the sole defendant.

Date: **June 15, 2005**          **James Bonini, Clerk**

                                          s/Betty L. Clark
                                    Betty L. Clark/Deputy Clerk